No. 86–1843.  LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. *v.* RIOS.  C. A. 7th Cir.  Certiorari dismissed under this Court's Rule 53.

No. 86–1528.  HARSH INVESTMENT CORP. *v.* CITY AND COUNTY OF DENVER ET AL.  Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.  JUSTICE WHITE took no part in the consideration or decision of this case.

No. 86–1727.  CONNOR *v.* SACHS ET AL.  Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction.

No. 86–1736.  DREWS, BY HIS GUARDIAN, DREWS *v.* DREWS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5678.  HILL *v.* CITY OF HOUSTON, TEXAS.  Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6816.  MOORE *v.* AMERICAN SAVINGS & LOAN ASSN. ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.